UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:05-cv-1765-TAB-RLY |
| CHARLES BROWN, et al. | ) ) | |
| Defendants. | ) ) ) | |

## ORDER ENTERING PARTIAL SUMMARY JUDGMENT

Plaintiff Fidelity National Title Insurance Company ("Fidelity") has filed a motion for partial summary judgment [Docket No. 35] on its claim that Defendant Charles Brown ("Brown") has breached a promissory note he signed on September 11, 2002. Brown has not responded to the motion, though he has had the opportunity to do so. Having reviewed Fidelity's summary judgment submissions, including its affidavits and other evidence, the Court concludes that there is no genuine issue of material fact, and that Fidelity is entitled to partial summary judgment against Brown.

On September 11, 2002, Brown signed a promissory note in favor of Admiral Fidelity Corporation ("Admiral"), agreeing to pay a principal amount of $648,750 at seven percent (7%) interest. According to the note's terms, Brown agreed to make monthly payments to National City Mortgage Company ("National City"), which serviced the loan and was assigned Admiral's rights in the note pursuant to a Capital Assignment of a Capital Mortgage/Deed of Trust and

Promissory Note. National City later assigned its rights in the note to Fidelity, in exchange for Fidelity's payment of $758,250.64, which included principal, interest, late charges, fees, and other costs current through August 4, 2005.

The note provided that installment payments in the amount of $4,316.15 would be made on the first day of each month beginning November 1, 2002 and ending October 1, 2032 (the maturity date). Brown has not paid off the note and has not made payments on the note since May 1, 2003. Brown still owes Fidelity $644,577.93 in principal under the note. The note also entitles Fidelity to recover late charges, costs, expenses and reasonable attorney fees. Through November 20, 2006, Brown owes Fidelity $160,582.38 in interest, $9,279.83 in overdue or late charges, and $16,838.08 in reasonable and necessary attorney fees and litigation costs, which are to be added to the debt under the terms of the note. Pursuant to its rights under the note, Fidelity has properly exercised its rights and declared the entire unpaid balance immediately due and payable. Fidelity now has the right to obtain a judgment and recover any outstanding amounts due under the note. *Otto v. Park Garden Assoc.*, 612 N.E.2d 135, 139 (Ind. Ct. App. 1993).

Accordingly, the Court hereby **GRANTS** Fidelity's motion for partial summary judgment. [Docket No. 35.] In so ruling, the Court expressly **DETERMINES** that there is no just reason for delay, and **DIRECTS** entry of judgment in favor of Plaintiff Fidelity National Title Insurance Company and against Defendant Charles Brown in the amount of $814,440.14, representing the total accumulative unpaid principal, interest and late charges on the note as of November 20, 2006, as well as $16,838.08 in reasonable and necessary costs, expenses, and

attorney fees, with post-judgment interest to accrue on this entire judgment of $831,278.22 as permitted by law. Fed. R. Civ. P. 54(b); *Bank of Lincolnwood v. Federal Leasing, Inc.*, 622 F.2d 944, 945-47 (7th Cir. 1980).

Dated: 11/27/2006

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Timothy J. Abeska
Damon R. Leichty
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan

South Bend, Indiana 46601
William A. Hahn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Stacy L. Kelley
LEE COSSELL KUEHN & LOVE, LLP
127 E. Michigan Street
Indianapolis, Indiana 46204