UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:05-cv-1765-TAB-RLY |
| CHARLES BROWN, et al. | ) ) ) | |
| Defendants. | ) | |

**ENTRY OF JUDGMENT AGAINST DEFENDANT CHARLES BROWN**

The Court, having granted partial summary judgment in favor of Plaintiff Fidelity National Title Insurance Company as to its claim against Defendant Charles Brown, and there being no just reason for delay, hereby enters judgment in favor of Plaintiff and against Brown for $831,278.22, representing the total accumulative unpaid principal, interest, late charges, and reasonable attorneys fees and costs.

Dated:  11/27/2006

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Timothy J. Abeska
Damon R. Leichty
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan

South Bend, Indiana 46601
William A. Hahn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Stacy L. Kelley
LEE COSSELL KUEHN & LOVE, LLP
127 E. Michigan Street
Indianapolis, Indiana 46204